



★ ★ ★                                        ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00150-CR

David **VILLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR3467B
Honorable Maria Teresa Herr, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
           Karen Angelini, Justice
           Marialyn Barnard, Justice

Delivered and Filed: March 3, 2010

DISMISSED

     David Villa filed a notice of appeal seeking to appeal from a sentence imposed on July 15, 2008. The judgment was in accordance with Villa's plea bargain agreement, and the record does not contain a trial court's certification showing Villa has the right of appeal. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

DO NOT PUBLISH